# Court of Appeals of the State of Georgia

ATLANTA, ___November 22, 2016___

*The Court of Appeals hereby passes the following order:*

**A17E0018. HOWARD ANDERSON LEE v. RONNIE K. BATCHELOR et al.**

Howard Anderson Lee has filed in this Court a Petition For a Writ of Mandamus, seeking the issuance of an order to compel certain actions of multiple Gwinnett County court officials.

We lack jurisdiction of this case. Mandamus is an extraordinary remedy that falls within our Supreme Court's general appellate jurisdiction. See *Stendahl v. Cobb County*, 284 Ga. 525, n.1(668 SE2d 723) (2008); Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5). It is for the Supreme Court to determine whether Lee has properly complied with any requisite procedure to invoke its jurisdiction. See *Howard v. Fuller*, S08O0357(decided, November 30, 2007)(reiterating procedure to be followed before seeking to invoke Supreme Court's original jurisdiction to issue a writ of mandamus against a trial judge). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___11/22/2016___*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_ _ _ _ _ Stephen E. Castlen _ _ _ _ _